# In the United States District Court
# for the Southern District of Georgia
# Waycross Division

PATRICK ANTHONY BOSFIELD, JR.,   *
  *
     Plaintiff,   *     CIVIL ACTION NO.: 5:15-cv-1
  *
v.   *
  *
CHARLES B. SAMUELS, JR.; WARDEN T.   *
JOHNS; and RODGER PERRY,   *
  *
     Defendants.   *

## ORDER

After an independent and *de novo* review of the record, the undersigned concurs with the Magistrate Judge's September 17, 2015, Report and Recommendation, dkt. no. 19, to which objections have been filed.[1] Accordingly, the Report and Recommendation of the Magistrate Judge is hereby **ADOPTED** as the opinion of the Court, and Petitioner Patrick Bosfield's Objections, dkt no. 20, are **OVERRULED**. The Court **DENIES** Bosfield's 28 U.S.C. § 2241 Petition in part and **DISMISSES** Bosfield's Petition in part. Further, the Court **DENIES** Bosfield's Motion for Update, dkt. no. 14, as **MOOT**. Bosfield is

---

[1] The Court concurs with the Magistrate Judge's Report and Recommendation with one exception. Bosfield is not denied a Certificate of Appealability, as federal inmates need not obtain a Certificate of Appealability in Section 2241 cases. 28 U.S.C. § 2253(c); Sawyer v. Holder, 326 F.3d 1363, 1364 n.3 (11th Cir. 2003).

**DENIED** leave to proceed *in forma pauperis* on appeal. The Clerk of Court is **DIRECTED** to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this 14 day of January, 2016.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA